4 A.3d 609

**Ronald MUNGRO, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 86 EM 2010.**

Supreme Court of Pennsylvania.

Sept. 17, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of September, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**